Case 08-25909    Filed 10/03/08    Doc 81

FILED
October 03, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001441214

1  JaVonne M. Phillips, Esq., SBN 187474
   Kelly Ann Tran, Esq., SBN 254476
2  **McCarthy & Holthus, LLP**
   1770 Fourth Avenue
3  San Diego, CA  92101
   Phone (619) 685-4800
4  Fax (619) 685-4810

5  Attorney for: Secured Creditor,
   Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust
6  2006-2, and the servicing agent, Washington Mutual Bank

7

8
                        UNITED STATES BANKRUPTCY COURT
9
                         EASTERN DISTRICT OF CALIFORNIA
10
                               SACRAMENTO DIVISION
11

12 | In re:                                      | ) Case No. 08-25909-D-7L
13 |                                              | )
   |                                              | ) DC No.: KAT-2
14 | Patrick Fagundes,                            | )
15 |                                              | ) Chapter 7
   |                                              | )
16 |            Debtor.                           | ) **MOTION FOR RELIEF FROM**
17 | _____        | ) **AUTOMATIC STAY**
18 | Deutsche Bank National Trust                 | )
   | Company, as Trustee, its assignees           | )
19 | and/or successors in interest,               | )
20 |                                              | )
21 |            Secured Creditor,                 | ) Date:   10/22/08
   |       v.                                     | ) Time:   10:00 am
22 |                                              | ) Ctrm:   34, 6th Floor
23 | Patrick Fagundes, Debtor; and Michael        | ) Place:  501 I Street
24 | F. Burkart, Chapter 7 Trustee,               | )         Sacramento, CA
   |                                              | )
25 |                                              | ) Judge: Robert S. Bardwil
26 |            Respondents.                      | )
   |                                              | )
27 |                                              | )
   | _____        | )
28
       Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan
29
   Trust 2006-2, and the servicing agent, Washington Mutual Bank ("Secured Creditor" or

"Movant" herein), moves this Court for an Order Terminating the Automatic Stay of 11 U.S.C. § 362 as to moving party (and the Trustee under the Deed of Trust securing moving party's claim) so that moving party and its Trustee may commence and continue all acts necessary to foreclose under the Deed of Trust secured by the Debtor property, commonly known as 3993 Coldwater Drive, Rocklin, CA 95765, ("Property" herein). **See Exhibit "1".**

A copy of Secured Creditor's Relief From Stay Information Sheet is filed concurrently herewith as a separate document pursuant to Local Rules of Court.

The current value of the Debtor's subject Property is $340,000.00, based upon the Debtor's own value as set forth in Schedule A. Movant requests the court to take judicial notice of the Debtor's Schedules. **See Exhibit "2".**

Other than Secured Creditor's Deed of Trust, the Debtor subject Property is also encumbered by a Second Deed of Trust in favor of Mary Utle in the approximate amount of $25,000.00 as set forth in Debtor Schedule D. **See Exhibit "3".**

In the present case, the Debtor has no equity in the Property, as evidenced by the approximate market value compared to the total liens against the Property, principally that of Secured Creditor herein and the other liens as noted in this Motion.

| | | |
|---|---|---:|
| Value | $ | 340,000.00 |
| Total Liens to Secured Creditor | $ | 351,876.37 |
| Junior Liens | $ | 25,000.00 |
| Equity | $ | (36,876.37) |

Based on the foregoing, Secured Creditor alleges that there is no equity in the subject Property, the subject Property is not necessary for an effective reorganization, and Secured Creditor is not adequately protected. Secured Creditor is not receiving regular monthly payments, and is unfairly delayed from proceeding with the foreclosure of the subject Property. Accordingly, relief from the automatic stay should be granted to Secured Creditor pursuant to 11 U.S.C. § 362(d)(1) and (2).

WHEREFORE, Secured Creditor prays for judgment as follows:

1. For an Order granting relief from the automatic stay, permitting Secured Creditor to proceed with the foreclosure under Secured Creditor's Deed of Trust, and to sell the subject Property at a trustee's sale under the terms of the Deed of Trust to proceed with any and all post foreclosure sale remedies, including the unlawful detainer action or any other action necessary to obtain possession of the Property.

2. For an Order that the ten day stay described in Bankruptcy Rule 4001(a)(3) be waived.

3. For an Order modifying the automatic stay to protect Secured Creditor's interest, as the Court deems proper.

4. For such other relief as the Court deems proper.

Dated: October 3, 2008              McCarthy & Holthus, LLP

                                    By:  /s/ Kelly Ann Tran
                                         Kelly Ann Tran, Esq.
                                         Attorney for Secured Creditor
                                         Deutsche Bank National Trust Company, as
                                         Trustee for Long Beach Mortgage Loan Trust
                                         2006-2, and the servicing agent, Washington
                                         Mutual Bank