FORM L77 Notice of Entry of Order in a Bankruptcy Case  (v.1.07)

08-25909 – D – 7



**UNITED STATES BANKRUPTCY COURT**
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM – 4:00 PM

**FILED**

**10/14/08**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

cmcs

# NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

Case Number:    08-25909 – D – 7

Debtor Name(s), Social Security Number(s), and Address(es):

Patrick Fagundes
xxx-xx-3830

10225 Boom Run Rd
Newcastle, CA 95658

**NOTICE IS HEREBY GIVEN THAT:**

An order discharging the Order to Show Cause was entered on the docket in this case on October 14, 2008. The document number and docket text for this order are set forth below.

   [87] – Order Discharging [73] Order to Show Cause – Failure to Pay Fees (cmcs)

This case will remain pending.

Dated:
10/14/08

For the Court,
Richard G. Heltzel, Clerk